UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATASHA A. RIDDICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK ZUCKERBERG,<br><br>　　　　Defendant. | Case No. 14-cv-00966 NC<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL**<br><br>Re: Dkt. Nos. 6, 7 |

On April 9, 2014, the Court denied without prejudice Riddick's IFP application as incomplete. Dkt. No. 6. The Court gave Riddick until April 23, 2014, to either file an amended IFP application, or pay the filing fee. *Id.* On May 12, 2014, the Clerk of the Court issued a notice informing Riddick that the filing fee must be paid immediately. Dkt. No. 8. Riddick has failed to pay the filing fee or file an amended IFP application. Riddick also failed to appear at the case management conference set for June 4, 2014.

By June 20, 2014, Riddick must do one of the following (1) pay the filing fee; (2) file an amended IFP application correcting the deficiencies identified in the Court's April 9 order; or (3) show cause in writing why this action should not be dismissed for her failure to pay the filing fee and failure to prosecute this action.

//

1 | Failure to respond will result in dismissal of this action.

2 | IT IS SO ORDERED.

3 | Date: June 6, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 14-cv-00966 NC
ORDER TO SHOW CAUSE RE: DISMISSAL

2